JS-6

ANDRÉ BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
PIO S. KIM
Assistant United States Attorney
Asset Forfeiture Section
California State Bar No. 156679
    United States Attorney's Office
    U.S. Courthouse, Suite 1400
    312 N. Spring St.
    Los Angeles, CA 90012
    Telephone: (213)894-2589
    Facsimile: (213)894-7177
    E-mail: Pio.Kim@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
CLERK, U.S. DISTRICT COURT

JUL 29 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV 09-05800-CBM (Ssx) |
| Plaintiff, | [PROPOSED] |
| v. | CONSENT JUDGMENT |
| ONE 2004 TOYOTA TACOMA PICKUP TRUCK AND $16,770 IN U.S. CURRENCY, | |
| Defendants. | |

In this action, plaintiff United States of America (the "government") alleges that the defendants One 2005 Toyota Tacoma Pickup Truck (the "defendant vehicle") and $16,770 in U.S. Currency

1

(individually, the "defendant currency," and collectively with the defendant vehicle, the "defendants") are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) and 21 U.S.C. § 881(a)(6) on the grounds that the defendant vehicle was used to facilitate one or more exchanges for a controlled substance or listed chemical in violation of 21 U.S.C. § 841 et seq., and the defendant currency constitutes proceeds traceable one or more such exchanges. Claimant Julio Cesar Avalos ("claimant") denies the government's allegations and claims that he is the lawful owner of the defendants.

The government and claimant have agreed to settle this forfeiture action and to avoid further litigation by entering into this consent judgment.

The Court, having been duly advised of and having considered the matter, and based upon the mutual consent of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES:

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1345 and 1355.

2. The Complaint states claims for relief pursuant to 21 U.S.C. § 881(a)(4) and 21 U.S.C. § 881(a)(6).

3. Notice of this action has been given as required by law. No appearance has been made in this action by any person other than claimant, and the time to file a claim and an answer has expired. The Court deems that all potential claimants other than claimant admit the allegations of the Complaint to be true, and hereby enters default against all such potential claimants.

4. $5,000 of the defendant $16,770 in U.S. Currency and any

1  interest accrued thereon shall be forfeited to the United States of
2  America, which shall dispose of the same according to law.
3      5.    The remaining $11,770 of the defendant currency and any
4  interest accrued thereon shall be returned to claimant within 6
5  weeks of the entry of this Consent Judgment.
6      6.    The defendant vehicle shall be returned to claimant by the
7  government notifying claimant, within two weeks of the entry of this
8  Consent Judgment, that the vehicle is available for pick up by
9  claimant.
10     7.    Claimant hereby releases the United States of America,
11 the State of California, all counties, municipalities and cities
12 within the State of California, and their agencies, departments,
13 offices, agents, employees and officers, including, but not limited
14 to, the United States Attorney's Office, the Drug Enforcement
15 Administration, and their employees and agents, from any and all,
16 known or unknown, claims, causes of action, rights, and liabilities,
17 including, without limitation, any claim for attorney's fees, costs,
18 or interest which may be now or later asserted by or on behalf of
19 claimant, arising out of or related to this action, or the seizure
20 or possession of the defendants.  Claimant represents and agrees
21 that he has not assigned and is the rightful owner of such claims,
22 causes of action and rights.
23 / / /
24
25
26
27
28                              3

8.   The parties shall each bear their own attorney's fees and
other costs and expenses of litigation.

DATED: _July 29_ , 2010          _____
                                  UNITED STATES DISTRICT JUDGE

                        CONSENT

   The parties consent to judgment and waive any right of appeal.

DATED: _7-29-10_ , 2010     ANDRÉ BIROTTE JR.
                            United States Attorney

                            _____
                            PIO S. KIM
                            Assistant United States Attorney

                            Attorneys for Plaintiff
                            United States of America

DATED: _7-28-10_ , 2010     _____
                            JULIO CESAR AVALOS
                            Potential Claimant


   Approved as to form and content.

DATED: _7/28/2010_ , 2010   _____
                            MICHAEL SEVERO
                            Attorney for Claimant
                            Julio Cesar Avalos

4